1 BESS M. BREWER, #100364
LAW OFFICE OF
2 BESS M. BREWER & ASSOCIATES
1023 H Street, Suite B5
3 Sacramento, CA 95814
Telephone: (916) 448-8600
4 Facsimile: (916) 448-8605

5 Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT L. HARELD**<br>**xxx-xx-0818**<br><br>**Plaintiff,**<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>**Defendant.** | Case No.  CIV-S- 07-2490 EFB<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from April 22, 2008 to June 6, 2008.  This is plaintiff's first extension and is required due to plaintiff's very heavy briefing schedule and April 21, 2008, return from a vacation out of the country.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| Dated: April 21, 2008 | | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | | Attorney for Plaintiff |
| Dated: April 21, 2008 | | McGregor W. Scott |
| | | United States Attorney |
| | | /s/ Amita Tracy |
| | | Amita Tracy<br>Special Assistant U.S. Attorney<br>Social Security Administration |
| | | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED:  April 22, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2